Fill in this information to identify the case:

Debtor name: **Seasons Partners LLC**
United States Bankruptcy Court for the: **DISTRICT OF ARIZONA**
Case number (if known): **4-17-bk-1746**

☒ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Arbitrage Analytics** | | **Per aged payables** | | | | **$3,000.00** |
| **Aztec Flooring** **3990 S Evans** **Tucson, AZ 85714** | | **Claim filed in case 09-24107** | | | | **$38,528.11** |
| **Burton J. Kinerk** **Kinerk Beal Schmidt Dyer & Sethi PC** **1790 E River Road #300** **Tucson, AZ 85718** | | **Claim filed in case 09-24107** | | | | **$33,100.00** |
| **City of Tucson** **PO Box 27210** **Tucson, AZ 85726-7210** | | **Claim filed in case 09-24107** | | | | **$5,621.76** |
| **Climatec Building Technologies** **10802 N 23rd Ave** **Phoenix, AZ 85029** | | **Claim filed in case 09-24107** | | | | **$3,273.37** |
| **Cobra Refininshing LLC** **7739 E Broadway Blvd #231** **Tucson, AZ 85710** | | **Claim filed in case 09-24107** | | | | **$875.00** |
| **Conix Enterprises, Inc.** **3915 E. Broad Blvd Suite 400** **Tucson, AZ 85711** | | **Per 9/30/15 aged payables** | | | | **$16,173.22** |
| **Conix Inc** **3915 E. Braodway Blvd. #400** **Tucson, AZ 85711** | | **Per 9/30/15 aged payables** | | | | **$4,833,552.00** |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 1

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 4:17-bk-01746-BMW    Doc 3    Filed 02/27/17    Entered 02/27/17 17:21:25    Desc
Main Document    Page 1 of 3

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **DDG and Associates LLC dba Carpet Specialists 5656 E Lee Street Tucson, AZ 85712** | | **Claim filed in case 09-24107** | | | | **$13,794.00** |
| **Eagle Eye Carpet Cleaning 5801 S North Arrow Tucson, AZ 85757** | | **Claim filed in case 09-24107** | | | | **$2,260.10** |
| **Jamie G. Lynch c/o Greenspan 2921 E. Fort Lowell Road #113 Tucson, AZ 85716** | | **Claim filed in case 09-24107** | | | | **$17,366.52** |
| **JH Greenberg & Associate 3915 E. Broadway Blvd #400 Tucson, AZ 85711** | | **Per 9/30/15 aged payables** | | | | **$4,068.60** |
| **Keegan Linscott & Kenon 3443 N. Campbell Avenue Suite 115 Tucson, AZ 85719** | | **Per 9/30/15 aged payables** | | | | **$8,780.00** |
| **Kone, Inc 1751 Harbor Bay, Parkway Suite 150 Alameda, CA 94502** | | **Claim filed in case 09-24107** | | | | **$7,519.36** |
| **Pima County AZ c/o Pima County Attorneys Office 32 N Stone Avenue, Suite 2100 Tucson, AZ 85701** | | | | | | **$0.00** |
| **Somera Road-Seasons Tucson, LLC 115 East 34th Street Attention Ian Ross, Principal New York, NY 10016** | | **Seasons Apartments 811 E. Wetmore, Tucson AZ** | | **$13,000,000.00** | **$0.00** | **$13,000,000.00** |
| **The Hunington National Bank PO BOX 340978 Columbus, OH 43234** | | **2004 Dodge Ram1500 Vin endingin 3168** | | **$7,053.37** | **$7,013.37** | **$40.00** |
| **Variant Commercial 39915 E. Broadway Blvd #400 Tucson, AZ 85711** | | | | | | **$17,671.90** |

| Debtor | Seasons Partners LLC | | | Case number *(if known)* | **4-17-bk-1746** | |
| --- | --- | --- | --- | --- | --- | --- |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Vicky's Cleaning Service**<br>**c/o Reyna Law Firm, PC**<br>**2525 E. Broadway Blvd. #103**<br>**Tucson, AZ 85716** | | **Claim filed in case 09-24107** | | | | **$14,195.00** |
| **VSS Security Services**<br>**PO Box 51803**<br>**Los Angeles, CA 90051** | | **Claim filed in case 09-24107** | | | | **$10,394.94** |