**SMITH & SMITH**
**GERALD K. SMITH AND JOHN C. SMITH**
**LAW OFFICES, PLLC**
ATTORNEYS AT LAW
6720 E. Camino Principal, Suite 203
Tucson, AZ 85715
Tel: (520) 722-1605
Fax: (520) 722-9096

Gerald K. Smith, State Bar No. 001428
Email: gerald@smithandsmithpllc.com
John C. Smith, State Bar No. 023008
Email: john@smithandsmithpllc.com
Grant L. Cartwright, State Bar No. 030780
Email: grant@smithandsmithpllc.com
Cody D. Vandewerker, State Bar No. 033385
Email: cody@smithandsmithpllc.com

*Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| SEASONS PARTNERS, LLC, | Case No. 4:17-bk-1746 |
| Debtor. | **APPLICATION TO EMPLOY GERALD K. SMITH AND JOHN C. SMITH LAW OFFICES, PLLC AS ATTORNEYS FOR DEBTOR AND DEBTOR-IN-POSSESSION** |

Seasons Partners, LLC, the debtor and debtor-in-possession (the "**Debtor**"), requests that this Court enter an order authorizing it to employ Gerald K. Smith and John C. Smith Law Offices, PLLC ("**Smith & Smith**"), as attorneys for the Debtor and Debtor-in-Possession, and respectfully represents to the Court as follows:

1. On February 27, 2017, the Debtor filed a separate voluntary petition under Chapter 11 of the Bankruptcy Code in the U.S. Bankruptcy Court, District of Arizona (the "**Petition Date**").

2. The Debtor is in need of legal representation during the term of the Chapter 11 proceeding.

3. The Debtor's property has been operating under the appointment of a receiver since late 2015. Attached hereto as **Exhibit A** is the Order Appointing Receiver.

4. The Debtor has authorized the filing of this bankruptcy and the retention of counsel through a corporate resolution, attached hereto as **Exhibit B**.

5. The Debtor wishes to employ Smith & Smith, engaged in the practice of law, as its attorney. The Debtor has selected Smith & Smith for the reason that the firm has considerable experience in matters of this character and is qualified to represent the Debtor in this case.

6. The professional services of Smith & Smith will include the following:

    a. Advice with respect to the powers and duties of the Debtor;

    b. Representation of the Debtor in connection with all appearances;

    c. Preparation on behalf of the Debtor of necessary applications, motions, answers, objections, orders, reports, and other documents;

    d. Preparation of a plan and disclosure statement and handling all matters and court hearings related thereto;

    e. Representation of the Debtor in discussions with the United States Trustee's office;

    f. Representation of the Debtor in connection with negotiations involving creditors, parties-in-interest, and possible purchasers; and

    g. All other legal services for the Debtor which may be necessary.

7. The Debtor desires to employ Smith & Smith under a general retainer in the amount of $17,000.00, a portion of which has been applied to pre-petition work, because

of the extensive legal services required. Gerald K. Smith will bill at the hourly rate of $600.00, John C. Smith at the hourly rate of $350.00, Grant L. Cartwright at the hourly rate of $350.00, Cody D. Vandewerker at the hourly rate of $250.00, and our paralegal at an hourly rate of $150.00.

8. Smith & Smith will apply for allowance of its fees and costs, and will accept as compensation such amounts as are awarded by the Court.

9. Smith & Smith does not hold or represent any interest adverse to the estate and is a disinterested person within the meaning of 11 U.S.C. § 101(14).

10. Smith & Smith is not aware of any connection of the firm, its partners or employees with any party in interest, their attorneys, accountants, or the office of the U.S. Trustee, or its employees.

WHEREFORE, the Debtor asks that, after notice and opportunity for a hearing, it be authorized to employ and appoint Smith & Smith to the Petition Date under a general retainer to represent it as counsel to Debtor and Debtor-in-Possession in this case under Chapter 11 of the United States Bankruptcy Code.

DATED this 27th day of February, 2017.

**GERALD K. SMITH AND JOHN C. SMITH LAW OFFICES, PLLC**

By  *s/ John C. Smith*
    John C. Smith
    *Proposed Attorneys for Debtor*

| | |
|---|---|
| 1 | COPY of the foregoing mailed or emailed* |
| 2 | on February 27, 2017, to: |
| 3 | Ilene Lashinsky* |
| | Office of the United States Trustee |
| 4 | 230 N. First Avenue, Suite 204 |
| | Phoenix, AZ 85003-1706 |
| 5 | Telephone: 602-682-2600 |
| | Facsimile: 602-514-7270 |
| 6 | Ilene.Lashinsky@usdoj.gov |
| 7 | List of 20 Largest Unsecured Creditors |

 *s/Liza D. Taylor*
 Liza D. Taylor