**SMITH & SMITH**
GERALD K. SMITH AND JOHN C. SMITH
LAW OFFICES, PLLC
ATTORNEYS AT LAW
6720 E. Camino Principal, Suite 203
Tucson, AZ 85715
Tel: (520) 722-1605
Fax: (520) 722-9096

Gerald K. Smith, State Bar No. 001428
Email: gerald@smithandsmithpllc.com
John C. Smith, State Bar No. 023008
Email: john@smithandsmithpllc.com
Grant L. Cartwright, State Bar No. 030780
Email: grant@smithandsmithpllc.com
Cody D. Vandewerker, State Bar No. 033385
Email: cody@smithandsmithpllc.com

*Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| In re: | Chapter 11 Proceedings |
|---|---|
| SEASONS PARTNERS, LLC, | Case No. 4:17-bk-1746-BMW |
| Debtor. | **AMENDED VERIFIED STATEMENT AND DISCLOSURE OF COMPENSATION** |

STATE OF ARIZONA  )
                  ) ss.
COUNTY OF PIMA    )

JOHN C. SMITH, being first duly sworn, deposes and says:

1. I am a partner with the law firm of Gerald K. Smith and John C. Smith Law Offices, PLLC ("**Smith & Smith**"), which is located at 6720 E. Camino Principal, Suite 203, Tucson, AZ.

2. I submit this Verified Statement in support of Debtor's Application to Employ Smith and Smith as counsel pursuant to 11 U.S.C. § 327 and to comply with Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure.

3. I am duly admitted to practice in the State of Arizona and before this Court, and am in good standing. All attorneys at Smith & Smith are admitted to practice in the State of Arizona and before this Court, and are in good standing.

4. I practice in the field of bankruptcy law and am qualified to represent the Debtor.

5. To the best of my knowledge, neither my firm nor I has any connection with Debtor, its creditors, or any other party in interest, or any of their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

6. Smith & Smith is a disinterested person as that term is defined in 11 U.S.C. § 101 in that it is not a creditor, equity security holder or an insider of the Debtor; is not and was not, within two (2) years before the date of the filing of the petition, a director, officer, or employee of the Debtor; and does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason. Smith & Smith will act in the best interest of the Debtor and will represent no interests other than those of the Debtor.

7. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the Debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the Debtor in contemplation of or in connection with the bankruptcy case is as follows: On February 24, 2017, the Debtor hired Smith & Smith to advise it as to its financial issues and filing for Chapter 11 reorganization if that was the decision of the Debtor. On February 27, 2017, Smith & Smith received a $17,000.00 retainer from the Debtor.

8. Smith & Smith applied a portion of the retainer for services it rendered to the Debtor pre-petition in the amount of $2,807.00, which amount included $1,717.00 in filing fees for the Debtor's Chapter 11 petition. Smith & Smith continues to hold the remainder of the retainer to apply against amounts allowed for services and expenses in the Chapter 11 case filed for the Debtor.

9. Smith & Smith agreed to seek compensation for services rendered in connection with this case as follows: Gerald K. Smith at the hourly rate of $600.00, John C. Smith at the hourly rate of $350.00, Grant L. Cartwright at the hourly rate of $350.00, Cody D. Vandewerker at the hourly rate of $250.00, and our paralegal at an hourly rate of $150.00.

10. The source of the compensation will be the retainer and the revenue of the Debtor in the ordinary course of business.

11. Smith & Smith has agreed to render legal services as required in the bankruptcy case at the above hourly rates. The services will include the following:

    a. analysis of the Debtor's financial situation, and advice as to whether to file a Chapter 11 petition;

    b. preparation and filing of any application, motion, objection, answer, order, report, petition, schedules, statements of affairs, plan and disclosure statement, which may be required;

    c. representation of the Debtor at the meeting of creditors, disclosure statement hearing, confirmation hearing, and any adjourned hearings thereof;

d.  representation of the Debtor in connection with negotiations with creditors, parties-in-interest, and possible purchasers;

e.  representation of the Debtor in discussions with the United States Trustee's Office;

f.  representation of the Debtor in all adversary proceedings and contested matters; and

g.  such other matters as are necessary.

I certify that the foregoing is a complete statement of any agreement or arrangement for payment for representation of the Debtor before or in connection with this Chapter 11 case.

DATED this 1st day of March, 2017.

**GERALD K. SMITH AND JOHN C. SMITH LAW OFFICES, PLLC**

By  *s/ John C. Smith*
       John C. Smith
       *Proposed Attorneys for Debtor*

COPY of the foregoing mailed or emailed*
on March 1, 2017, to:

Ilene Lashinsky*
Office of the United States Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ 85003-1706
Telephone:  602-682-2600
Facsimile:   602-514-7270
Ilene.Lashinsky@usdoj.gov

Robert M. Charles, Jr.*
Lewis Roca Rothgerber Christie LLP
One South Church, Suite 700
Tucson, AZ 85701-1611
RCharles@lrrc.com
*Attorneys for Seasons Wetmore, LLC*

Jordan A. Kroop*
Bradley A. Cosman*
Perkins Coie LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012
JKroop@perkinscoie.com
BCosman@perkinscoie.com
*Attorneys for Somera Road – Seasons Tucson, LLC*

List of 20 Largest Unsecured Creditors

 *s/ Liza D. Taylor*
Liza D. Taylor