**SMITH & SMITH**
GERALD K. SMITH AND JOHN C. SMITH
LAW OFFICES, PLLC
ATTORNEYS AT LAW
6720 E. Camino Principal, Suite 203
Tucson, AZ 85715
Tel: (520) 722-1605
Fax: (520) 722-9096

Gerald K. Smith, State Bar No. 001428
Email: gerald@smithandsmithpllc.com
John C. Smith, State Bar No. 023008
Email: john@smithandsmithpllc.com
Grant L. Cartwright, State Bar No. 030780
Email: grant@smithandsmithpllc.com
Cody D. Vandewerker, State Bar No. 033385
Email: cody@smithandsmithpllc.com

*Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| SEASONS PARTNERS, LLC, | Case No. 4:17-bk-1746-BMW |
| Debtor. | **NOTICE OF LODGING STIPULATED ORDER AUTHORIZING RECEIVER'S USE OF CASH COLLATERAL AND GRANTING LENDER ADEQUATE PROTECTION** |

Notice is hereby given that the undersigned has lodged the attached form of Stipulated Order Authorizing Receiver's Use of Cash Collateral and Granting Lender Adequate Protection, attached hereto as **Exhibit A**.

DATED this 6th day of March, 2017.

                                        **GERALD K. SMITH AND JOHN C. SMITH LAW OFFICES, PLLC**

                                        By  *s/ John C. Smith*
                                            John C. Smith
                                            *Proposed Attorneys for Debtor*

| | |
|---|---|
| 1 | COPY of the foregoing mailed or emailed* |
| 2 | on March 6, 2017, to: |
| 3 | Renee Sandler Shamblin* |
| | Office of the United States Trustee |
| 4 | 230 N. First Avenue, Suite 204 |
| | Phoenix, AZ 85003-1706 |
| 5 | Rene.S.Shamblin@usdoj.gov |
| 6 | Robert M. Charles, Jr.* |
| 7 | Lewis Roca Rothgerber Christie LLP |
| | One South Church, Suite 700 |
| 8 | Tucson, AZ 85701-1611 |
| | RCharles@lrrc.com |
| 9 | *Attorneys for Seasons Wetmore, LLC* |
| 10 | Jordan A. Kroop* |
| | Bradley A. Cosman* |
| 11 | Perkins Coie LLP |
| | 2901 N. Central Avenue, Suite 2000 |
| 12 | Phoenix, AZ 85012 |
| 13 | JKroop@perkinscoie.com |
| | BCosman@perkinscoie.com |
| 14 | *Attorneys for Somera Road – Seasons Tucson, LLC* |
| 15 | |
| | List of 20 Largest Unsecured Creditors |
| 16 | |
| 17 | *s/ Liza D. Taylor* |
| | Liza D. Taylor |
| 18 | |